ORIGINAL

1  yuelininfo

2  LEONARDO M. RAPADAS
   United States Attorney
3  FREDERICK A. BLACK
   Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortez Ave.
5  Hagåtña, Guam 96910
   TEL: (671) 472-7332
6  FAX: (671) 472-7334

7  Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
AUG 3 1 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) MAGISTRATE CASE NO. 06-00014 |
| Plaintiff. | ) **INFORMATION** |
| vs. | ) **UNLAWFUL ENTRY BY ALIEN** |
| YUE XING LIN, | ) 8 [18 U.S.C. § 1325(a)(1)] |
| | ) 9 (Misdemeanor) |
| Defendant. | ) |

THE UNITED STATES ATTORNEY CHARGES:

On about July 17, 2006, in the District of Guam and elsewhere, the defendant herein, YUE XING LIN, who was then and there an alien, did knowingly and unlawfully enter the United States, at a point near Urunao, Guam, which said time and place was then and there other than as designated by immigration officials of the United States for the entrance of immigrants into the United States, in violation of Title 18, United States Code, Section 1325(a)(1). [handwritten: 8 U.S.C.]

Dated this 31st day of August, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ Frederick A. Black
FREDERICK A. BLACK
Assistant U.S. Attorney