**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**INITIAL APPEARANCE**

CASE NO.: MJ-06-00014　　　　　　　　　　DATE: August 31, 2006

---

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore　　Electronically Recorded: 1:40:06 - 1:59:28
CSO: J. McDonald

---

**APPEARANCES:**
Defendant: Yue Xing Lin　　　　　　　　Attorney: Phillip J. Tydingco
☑ Present ☑ Custody ☐ Bond ☐ P.R.　　☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Frederick A. Black　　　U.S. Agent:
U.S. Probation: Stephen Guilliot　　　　U.S. Marshal: C. Marquez / G. Perez
Interpreter: Foo Mee Chun Clinard　　　Language: Chinese Mandarin

---

**PROCEEDINGS: Initial Appearance re Information**
- Defendant sworn and examined.
- Defendant arraigned and advised of her rights, charges and penalties.
- Plea entered: Guilty
- Plea: Accepted.
- Sentencing set for: 12/19/2006 at 10:00 A.M.
- Presentence Report due to the parties: 10/24/2006
- Presentence Report due to the Court: 11/24/2006
- Defendant to remain in the custody of the U.S. Marshal Service.

NOTES: Mr. Tydingco requested for an earlier presentence report due date. The Court instructed him to file a motion.