FILED
DISTRICT COURT OF GUAM
AUG 31 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>**YUE XING LIN,**<br><br>        Defendant. | MAGISTRATE CASE NO. 06-00014<br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that **PHILLIP J. TYDINGCO** is appointed to represent the defendant in the above-entitled case.

Dated this 31st day of August, 2006.

_____
JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge
U.S. DISTRICT COURT OF GUAM

ORIGINAL