**IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
SENTENCING**

CASE NO.: MJ-06-00014　　　　　　　　　　DATE: December 19, 2006

---

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: None Present　　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore　　Electronically Recorded: 10:09:28 - 10:27:54
CSO: B. Pereda / J. Lizama

---

**APPEARANCES:**

Defendant: Yue Xing Lin　　　　　　　　Attorney: Phillip Tydingco
☑ Present ☑ Custody ☐ Bond ☐ P.R.　　☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Frederick A. Black　　　U.S. Agent:
U.S. Probation: Maria Cruz　　　　　　U.S. Marshal: V. Roman
Interpreter: Julia Berg　　　　　　　　Language: Chinese Mandarin

---

**PROCEEDINGS: Sentencing**
- The Court granted the Motion to File Defendant's Sentencing Memorandum and Response to Presentence Report Under Seal.
- Defendant sentenced to probation for a term of <u>2 years</u>, with conditions (refer to Judgment for conditions of supervised release).
- All fines waived by the Court.
- Defendant was ordered to pay a special assessment fee of $10.00 to be paid immediately after sentencing.
- Court stated the justification of the sentence imposed.
- Defendant advised of appeal rights.

NOTES: